UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAVAN TOOLEY,<br><br>Defendant | Criminal No. 25cr10374<br><br>Violation:<br><br>Count One: Distribution of and Possession with Intent to Distribute 28 Grams or More of Cocaine Base<br>(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii))<br><br>Forfeiture Allegation:<br>(21 U.S.C. § 853) |

INDICTMENT

COUNT ONE
Distribution of and Possession with Intent to Distribute
28 Grams or More of Cocaine Base
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii))

The Grand Jury charges:

On or about September 10, 2025, in Boston, in the District of Massachusetts, the defendant,

JAVAN TOOLEY,

did knowingly and intentionally distribute and possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

Before the defendant, JAVAN TOOLEY, committed the offense charged in this count, the defendant was convicted in 2010 in U.S. District Court in Boston of distribution of cocaine (*see United States v. Javan Tooley*, Cr. No. 10-10157-DJC), a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

1

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii).

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The Grand Jury further finds:

1. Upon conviction of the offense in violation of Title 21, United States Code, Section 841, set forth in Count One, the defendant,

JAVAN TOOLEY,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant -

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON


_____
BRIAN A. FOGERTY
CHRISTOPHER POHL
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF MASSACHUSETTS


District of Massachusetts: September 18, 2025
Returned into the District Court by the Grand Jurors and filed.

_____
Aaron Hutchins
DEPUTY CLERK