# Criminal Case Cover Sheet
U.S. District Court - District of Massachusetts

**Place of Offense:** Suffolk    **Category No.** II    **Investigating Agency** FBI
**City** Boston
**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number: 24-7049-JCB; 24-7083-JCB; 25-7367-JCB; 25-7368-JCB
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes ☑ No

**Defendant Information:**
**Defendant Name:** Javan Tooley    Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
**Alias Name:**
**Address:** Brockton, MA
**Birth date (Yr only):** 1988    **SSN (last 4#):** 1430    **Sex:** M    **Race:** Black    **Nationality:**

**Defense Counsel if known:** _____    **Address:** _____
**Bar Number:** _____

**U.S. Attorney Information**
**AUSA:** Brian A. Fogerty    **Bar Number if applicable:** ILSBN: 6296388

**Interpreter:** ☐ Yes ☑ No    **List language and/or dialect:** _____

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** To be determined.

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment
**Total # of Counts:** ☐ Petty ____    ☐ Misdemeanor ____    ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 9/18/2025    **Signature of AUSA:** BRIAN FOGERTY
Digitally signed by BRIAN FOGERTY
Date: 2025.09.18 12:12:40 -04'00'

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** Javan Tooley _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii) | Distribution of and Possession with Intent to Distribute 28 Grams or More of Cocaine Base | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**