UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 25-10374-PBS |
| | ) | |
| JAVAN TOOLEY, | ) | |
| Defendant | ) | |

## MEMORANDUM PURSUANT TO LOCAL RULE 116.5(c)

The United States of America, through counsel, files this memorandum pursuant to Local Rule 116.5(c). Based on the information contained herein, the parties respectfully request that this Court cancel the Final Status Conference scheduled for June 23, 2026, and report this matter to the District Court for a Pre-Trial Conference.

1.      Automatic Discovery / Pending Discovery Requests

The government produced automatic discovery, including surveillance reports, consensually monitored audio and video recordings, drug certificates of analysis, phone extraction reports for cellular telephones, and returns from search warrants. On April 16, 2026, the defendant filed a motion to compel the government to produce subscriber information related to a Google e-mail account (ECF No. 56). On April 27, 2026, the government provided the requested discovery. On April 14, 2026, the defendant sent an email requesting that the government provide the extractions of cellular telephones seized in this case in a different format. On June 11, 2026, the government produced the cell phone extractions in the format requested by defense counsel.

2.      Timing of Additional Discovery Productions

The government anticipates producing evidence set out in LR 116.2(b)(2) twenty-one days before trial.

3.    <u>Timing of Additional Discovery Requests</u>

None at this time.

4.    <u>Protective Orders</u>

The Court previously approved a protective order (ECF No. 48).

5.    <u>Pretrial Motions under Fed. R. Crim. P. 12(b)</u>

The defendant requests the opportunity to file motions to suppress evidence 30 days after this Final Status Conference.

6.    <u>Timing of Expert Witness Disclosures</u>

The government will make expert disclosures 21 days before trial. At this time, the government anticipates calling a forensic chemist to testify concerning an expected analysis of the seized narcotics.  Any expert disclosures by the defense will be made 14 days before trial.

7.    <u>Defenses of Insanity, Public Authority, or Alibi</u>

The defendant does not presently anticipate raising a defense of insanity, public authority, or alibi.

8.    <u>Speedy Trial Act</u>

Pursuant to Local Rule 112.2(a)(1), zero days have elapsed and 70 days remain within which to commence trial. Those parties agree that the period of time between the Final Status Conference and the first date before the District Court requested above constitutes "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," and that the ends of justice served by granting this motion outweigh the best interest of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv). See also Sections 5(b)(7)(A), 5(b)(7)(B) and 5(b)(7)(C)(iv) of the *Plan for*

*Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008).

      9.     Plea Discussions / Trial

The parties will continue to explore whether the case can be resolved short of trial. If that matter proceeds to trial, the government anticipates that trial will last one week, and that the government would call approximately 10 witnesses.

      10.    Other Matters

There are no other matters to be addressed at this time.

           Respectfully submitted,

           LEAH B. FOLEY
           United States Attorney

    By:    /s/ Christopher Pohl
           Christopher Pohl
           Brian A. Fogerty
           Assistant U.S. Attorneys

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 21, 2026.

           /s/ Christopher Pohl
           Christopher Pohl
           Assistant U.S. Attorney