UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 25-cr-10374-PBS

UNITED STATES OF AMERICA

v.

JAVAN TOOLEY

**<u>FINAL STATUS REPORT</u>**

June 24, 2026

Boal, M.J.

A final status conference was scheduled before this court on June 23, 2026, pursuant to

the provisions of Local Rule 116.5(c).  Based on the parties' joint status report, see Docket No.

70, this Court finds that final status conference is not necessary and enters the following report

and order:

1.    The parties request that the case be transferred to the District Judge assigned to this case for an initial pretrial conference.

2.    The government anticipates that within twenty-one days before trial, it will produce evidence set out in Local Rule 116.2(b)(2).

3.    There are no outstanding discovery requests or outstanding or anticipated discovery motions at this time.

4.    The defendant requests the opportunity to file motions to suppress evidence under Fed. R. Crim. P. 12(b).

5.    Based upon the orders of the Court dated September 23, 2025, October 29, 2025, December 4, 2025, December 22, 2025, January 9, 2026, February 5, 2026, March 3, 2026, March 31, 2026, May 1, 2026, and May 28, 2026, there are zero (**0**) days of non-excludable time under the Speedy Trial Act and seventy (**70**) days

1

remaining under the Speedy Trial Act in which this case must be tried.  In addition, this Court has excluded the time until July 27, 2026, which is the date of the initial pretrial conference.

6.  The estimated length of trial is one week.

  / s / Jennifer C. Boal  
JENNIFER C. BOAL  
UNITED STATES MAGISTRATE JUDGE